UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENNIS JAMES PATTERSON,

    Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

Case No. 1:09-cv-413

HONORABLE PAUL L. MALONEY

## JUDGMENT

Having issued an order adopting a report and recommendation and affirming the Commissioner's denial of disability benefits, pursuant to FED.R.CIV.P. 58, **JUDGMENT** is hereby entered in favor of defendant and against plaintiff.

Date: March 1, 2010

/s/ Paul L. Maloney
Paul L. Maloney
Chief United States District Judge